**Electronically Filed**
**Intermediate Court of Appeals**
**CAAP-21-0000115**
**16-JUL-2021**
**09:14 AM**
**Dkt. 12 ODSD**

NO. CAAP-21-0000115

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

IN THE MATTER OF THE ESTATE OF
JEAN M. HARTLEY ALSO KNOWN AS JEAN MARAIST HARTLEY,
Deceased

APPEAL FROM THE CIRCUIT COURT OF THE THIRD CIRCUIT
(CASE NO. 3CLP-19-0000054)

ORDER DISMISSING APPEAL
(By: Ginoza, Chief Judge, Fujise and Leonard, JJ.)

Upon review of the record, it appears that:

(1) On March 9, 2021, self-represented Beneficiary-Appellant Rene Robert Hartley (Appellant) filed the notice of appeal;

(2) On May 10, 2021, the circuit court clerk filed the record on appeal;

(3) On May 11, 2021, the appellate clerk notified Appellant that the statement of jurisdiction and opening brief were due on or before May 20, 2021, and June 21, 2021, respectively;

(4) Appellant failed to file either document or request an extension of time;

(5) On June 29, 2021, the appellate clerk entered a default notice informing Appellant that the time for filing the statement of jurisdiction and opening brief had expired, the matter would be called to the court's attention on July 9, 2021, for appropriate action, which could include dismissal of the appeal, under Hawaiʻi Rules of Appellate Procedure Rules 12.1(e)

and 30, and Appellant could request relief from default by motion; and

(6) Appellant took no further action in this appeal.

Therefore, IT IS HEREBY ORDERED that the appeal is dismissed.

DATED:  Honolulu, Hawaiʻi, July 16, 2021.

/s/ Lisa M. Ginoza
Chief Judge

/s/ Alexa D.M. Fujise
Associate Judge

/s/ Katherine G. Leonard
Associate Judge